**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**GREG ANDREWS,**

        **Plaintiff,**

**-vs-**           Case No. 6:10-cv-1187-Orl-22DAB

**FLORIDA FIRE & SOUND, INC. and**
**RICHARD J. O'ROURKE, III,**

        **Defendants.**
_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement, and upon Court Approval, for Dismissal of the Action With Prejudice (Doc. No. 30) filed on February 18, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed February 23, 2011 (Doc. No. 31) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement (Doc. No. 30) is GRANTED.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 9, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge